Entered: January 6th, 2025
Signed: January 6th, 2025

**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

| | |
|---|---|
| IN RE: MICHELLE K. CHRISTMAN<br><br>     Debtor | Chapter 13<br>Case No. 23-16268-NVA |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2018-2<br>     Movant<br><br>v.<br><br>MICHELLE K. CHRISTMAN<br>     (Debtor)<br><br>EVAN R. CHRISTMAN<br>     (Co-Debtor)<br><br>REBECCA A. HERR<br>     (Trustee)<br>     Respondents | Ref. Dkt. #40 |

**CONSENT ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY**

1. The above-styled Motion having been scheduled for a hearing before the Court on December 6, 2024, upon Notice of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. IT IS HEREBY AGREED that the Motion for Relief from Stay and Co-Debtor Stay is resolved, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. IT IS FURTHER AGREED that as of November 14, 2024, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Due |
|---|---|---|---|---|---|---|
| 1 | October 1, 2024 | October 1, 2024 | $1,550.30 | $533.85 | $2,084.15 | $2,084.15 |
| 1 | November 1, 2024 | November 1, 2024 | $1,550.30 | $514.93 | $2,065.23 | $2,065.23 |
| | | | Less post-petition partial payments (suspense balance): ($0.00) | | | |

**Total: $4,149.38**

4. IT IS FURTHER AGREED that the arrearage shall be paid as follows:

   Debtor shall make the following payments to cure the post-petition arrearage and other amounts owing set forth in paragraph 3 with such payments posted pursuant to the records of Creditor on the date specified below:

| **Month Stipulation payment due** | **Monthly Stipulation Payment Amount** |
|---|---|
| December 15, 2024 | $691.57 |
| January 15, 2025 | $691.57 |
| February 15, 2025 | $691.57 |
| March 15, 2025 | $691.57 |
| April 15, 2025 | $691.57 |

| | |
|---|---|
| May 15, 2025 | $691.53 |

5. IT IS FURTHER AGREED that regular payments in the amount of $2,065.23 to be paid on or before December 1, 2024 and any additional amount as required or allowed by the Note and Security Instrument, should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450.

6. IT IS FURTHER AGREED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy, then upon notice of default filed with the Court and sent by first class mail to debtor, and failure of debtor to cure such default within ten (10) days from the date of receipt of such notice.  Movant may file a certificate on non-response, and the court shall enter an order releasing Movant from the automatic stay, without further notice or hearing.

7. IT IS FURTHER AGREED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, the provisions of Fed. R. Bank. P. 4001(a)(3) shall be waived and the Order shall be in full force and effect upon entry.

8. IT IS FURTHER AGREED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor, shall be payable to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor remains in bankruptcy.

9. FURTHER AGREED that there having been no appearance by the Co-Debtor(s), the Motion for Relief from the Co-Debtor Stay is *granted*.

**SEEN AND AGREED:**

| | |
|---|---|
|   */s/ Gene Jung* |   */s/ Robert M. Stahl, IV (with consent)* |
| James E. Clarke, Bar #15153 | Robert M. Stahl, IV, Esquire |
| Elizabeth M. Abood-Carroll, Bar #20631 | Robert M. Stahl, LLC, 1142 York Road |
| Paul J. Moran, Bar #19595 | Lutherville, MD 21093 |
| Gene Jung, Bar # 14950 | (410) 825-4800 |
| jclarke@orlans.com | stahllawbp@gmail.com |
| eabood-carroll@orlans.com | *Attorney for the Debtor* |
| pmoran@orlans.com | |
| Orlans PC | |
| PO Box 2548 | |
| Leesburg, VA 20177 | |
| (703) 777-7101 | |
| *Attorneys for the Movant* | |

**<u>CERTIFICATION</u>**

     I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the consent of the parties on the original consent order.

    */s/ Gene Jung*
James E. Clarke, Esquire
Elizabeth M. Abood-Carroll, Esquire
Paul J. Moran, Esquire
Gene Jung, Esquire

Copies to:

James E. Clarke
Elizabeth M. Abood-Carroll
Paul J. Moran
Gene Jung
Orlans PC

PO Box 2548
Leesburg, VA 20177
*Attorneys for the Movant*

Michelle K. Christman
21 Spring Knoll Court
Colora, MD 21917
*Debtor*

Evan R. Christman
411 Aggies Circle, Unit K
Bel Air, MD 21014
*Co-Debtor*

Robert M. Stahl, IV, Esquire
Robert M. Stahl, LLC
1142 York Road
Lutherville, MD 21093
*Attorney for the Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**